# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRANDON PRICE, MEGAN ONORATO,
and MARIO LURIG, individually and on behalf
of all others similarly situated,

        Plaintiffs,

v.

THE MURDER MYSTERY COMPANY, LLC,

        Defendant.

Case No. 1:20-cv-1081

Hon Paul L. Maloney

---

Shelby Woods
Adam M. Harrison
HKM Employment Attorneys LLP
*Attorneys for the Plaintiffs*
730 17th Street, Suite 750
Denver, Colorado 80202
(720) 235-0105
swoods@hkm.com
aharrison@hkm.com

Brian E. Koncius (P69278)
Bogas & Koncius PC
*Attorneys for the Plaintiffs*
31700 Telegraph Road, Suite 160
Bloomfield, Michigan 48025
(248) 502-5000
bkoncius@kbogaslaw.com

Brian M. Schwartz (P69019)
Ashley N. Higginson (P83992)
Miller, Canfield, Paddock & Stone
*Attorneys for the Defendant*
150 West Jefferson, Suite 2500
Detroit, Michigan 58226
(313) 963-6420
schwartzb@millercanfield.com
higginson@millercanfield.com

---

## ORDER GRANTING JOINT MOTION SEEKING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

This matter comes before the Court on the Parties' Joint Motion Seeking Preliminary Approval of Class Action Settlement. Having reviewed the Motion and Brief, as well as the Parties' Settlement Agreement and proposed Notices, the Court hereby GRANTS the Motion and ORDERS as follows:

I. The Court finds that the Parties' Settlement reflected in the Settlement Agreement that is attached to their Motion and Brief as Exhibit 1 ("Agreement") is "fair, reasonable, and adequate," under Fed. R. Civ. P. 23(e)(2). The Settlement was negotiated at arm's length by parties represented by experienced counsel after vigorous briefing and a meaningful exchange of information. The amount to be recovered by the Class Members is fair and reasonable, especially in light of the legitimate factual and legal disputes between the parties and the risks of litigation. Moreover, the Settlement does not unduly benefit the Plaintiffs, or include a request for excessive attorney's fees. Accordingly, the Court PRELIMINARILY APPROVES the Settlement;

II. The Court finds that the proposed Settlement Class, consisting of 75 actors, directors, and assistant directors who worked for the Defendant in Colorado between August 2017 and August 2020, satisfies the numerosity, commonality, typicality, and adequacy prerequisites of Fed. R. Civ. P. 23(a), and that it also satisfies the requirements of Fed. R. Civ. P. 23(b)(3) that "questions of law or fact common to class members predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy." As such, the Court hereby CERTIFIES the Settlement Class pursuant to Rule 23 and APPOINTS Plaintiffs Brandon Price, Megan Onorato, and Mario Lurig as Class Representatives, and their counsel from HKM Employment Attorneys LLP, Shelby Woods and Adam Harrison, as Class Counsel;

III. The Court further finds that the notice and opt out forms attached to the Parties'

Motion and Brief as <u>Exhibit 2</u> ("Notices") and the notice procedures set out in the Agreement satisfy the requirements of <u>Fed. R. Civ. P. 23(e)</u> and <u>Fed. R. Civ. P. 23(c)(2)(B)</u>. Therefore, the Court hereby ORDERS that:

  i. The Notices proposed by the Parties are hereby approved to be sent to the Settlement Class Members;

  ii. Rust Consulting, Inc. is approved as the Settlement Administrator;

  iii. The Parties shall cooperate with each other in the exchange of the contact information, including phone numbers and email addresses, to the extent available, for the Settlement Class and they will provide this information to the Administrator;

  iv. Within twenty-eight (28) calendar days after the Court grants preliminary approval, the Administrator shall send the Notices to the Class Members using the information provided by the Parties;

  v. With respect to returned Class Notices, the Administrator shall use reasonable diligence to obtain a current mailing address and re-mail the envelope to such address within ten (10) calendar days of the receipt of the returned envelope;

  vi. The Class Members shall have sixty (60) days from the date on which the Notices are first mailed to opt out or object to the Settlement, if they wish to do so. Any Class Member wishing to object to the Settlement must follow the procedures set out in the Notices;

  vii. Within fourteen (14) days of the close of the sixty (60) day notice period, the Parties shall file a Joint Motion for Final Approval of the

        Settlement, and Class Counsel shall file a motion seeking approval of their attorney's fees and costs;

IV.    A Fairness Hearing is hereby scheduled for [at least thirty (30) days from the close of the notice period]. Information regarding the date, time, and location of the Hearing will be included in the Notices.

Date: March 15, 2022

                                      /s/ Paul L. Maloney
                                      Hon. Paul L. Maloney
                                      United States District Court Judge