UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON PRICE, *et al.*,   )
               Plaintiffs,   )
                              )   No. 1:20-cv-1081
-v-   )
                              )   Honorable Paul L. Maloney
THE MURDER MYSTERY CO.,   )
               Defendant.   )
                              )

## ORDER APPROVING SETTLEMENT

The parties negotiated a class-action settlement which resolves all of the claims in this lawsuit. With the Court's preliminary approval, the parties sent notices to the class members. On October 3, 2022, the Court held a fairness hearing. The parties were represented through counsel. No class members appeared to either support or oppose the proposed settlement.

For the reasons stated on the record, the Court **APPROVES** the proposed settlement and **GRANTS** the joint motion seeking final approval of the class action. (ECF No. 63.)

Plaintiff has filed two motions seeking attorney fees and costs. The Court **DISMISSES** the first motion (ECF No. 66) as moot.

    **IT IS SO ORDERED.**

Date:   October 11, 2022                                                     /s/ Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 United States District Judge